## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. : **1 0 C R - - 2 6** |
| Plaintiff, | : | |
| | : | **Judge** |
| **v.** | : | |
| | : | **INDICTMENT** |
| **DAVID BLISS,** | : | **18 U.S.C. § 1503** |
| Defendant. | : | |
| | : | J. SPIEGEL |

**The Grand Jury charges that:**

### COUNT 1
### Obstruction of the Due Administration of Justice

On or about the 1st day of December, 2009, in the Southern District of Ohio, the

defendant, **DAVID BLISS**, did corruptly endeavor to influence, obstruct, and impede, the due

administration of justice in United States v. David Bliss, Case No. 1:09CR046(1), in the U.S.

District Court for the Southern District of Ohio, by submitting forged documents to U.S. District

Judge Michael R. Barrett in support of a motion to set bond, including the following: a forged

document that appeared to come from Dermpath Diagnostics purporting to diagnose David Bliss

with melanoma cancer; a forged document that appeared to come from David Bliss's mother,

Barbara Bliss; and a forged document that appeared to come from David Bliss's daughter, Katie

Bliss.

**All in violation of Title 18, United States Code, Section 1503.**

A TRUE BILL.

GRAND JURY FOREPERSON

CARTER M. STEWART
United States Attorney

ANTHONY SPRINGER
Cincinnati Branch Chief

2