# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

       v.                              Case No. 1:10cr26

DAVID BLISS
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Black

Courtroom Deputy: **Jan Lahlev**
Court Reporter: _Luke Lavy_ Or Digital Recording: _____
Date/Time: 2/18/10 @ 1:30
United States Attorney: _Kevin Tierney_
Defendant Attorney    Federal Public Defender _Richard Smith Monahan_
                                                        _Scott Rubenstein_

**Initial Appearance**: [ ] Complaint; [X] Indictment; [ ] Information; or [ ] petition for supervised release
[✓] Counsel present
[✓] Defendant informed of his / her rights  [✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[✓] Financial affidavit presented to the Court/Defendant
[✓] Counsel appointed. _Scott Rubenstein to be appointed. Present + accepts._

**Detention hearing:** [✓] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

**Pretrial Bond Violation Hearing**:
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified: _____

Preliminary Exam Hearing set _____
**Preliminary Exam:** [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____

**Arraignment on** [✓] Indictment or [ ] Information or [ ] Misdemeanor Information:
Defendant waives reading [✓]      Defendant pleads: [ ] GUILTY [✓] NOT GUILTY
[ ] PSI ordered                   [ ] Sentencing set for _____
[✓] Case to proceed before Judge

**Removal Hearing (Rule 5c):**
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).    [ ] Removed to _____
[ ] Probable Cause Found

Remarks:

_FILED JAMES BONINI CLERK 10 FEB 18 PM 1:53 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI_