UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CR-1-10-026 |
| | : | |
| Plaintiff, | : | Senior Judge Spiegel |
| | : | |
| v. | : | **ELEMENTS OF THE OFFENSE** |
| | : | |
| DAVID BLISS, | : | |
| | : | |
| Defendant. | : | |

The elements of the offense of obstruction of the due administration of justice, in violation of 18 U.S.C. § 1503, are as follows:

First: That the defendant corruptly;

Second: Endeavored to influence, obstruct, or impede;

Third: The due administration of justice; and

Fourth: The defendant knew there was a pending judicial proceeding; and

Fifth: That such acts occurred in the Southern District of Ohio during the time set forth in the Indictment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*s/Kevin M. Tierney*
KEVIN M. TIERNEY (0072533)
Special Assistant U.S. Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Kevin.Tierney@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Elements of the Offense was served on this 6th day of April, 2010, on all counsel of record.

<u>*s/Kevin M. Tierney*</u>
Kevin M. Tierney
Special Assistant United States Attorney