# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | U.S. Atty: | Kevin Tierney, Esq. |
| | : | | |
| v. | : | Case Number: **1:10-cr-00026** |
| | : | | |
| **DAVID BLISS** | : | Deft Atty: | Scott Rubenstein, Esq. |

## CRIMINAL MINUTES: SENTENCING

Time Start: 11:00 AM

Time Stop:  11:20 AM

Defendant present with counsel and sentenced as follows:

**Imprisonment**: Sentenced to **37 months**, to be served concurrently to the sentence on Count 1 in 1:09-cr-00046(1) but to be served consecutively to the 24 months sentence imposed on Count 7 in 1:09-cr-00046(1).

**Recommendations to BOP:** Defendant participate in the Residential Drug Abuse Treatment Program (RDAP), if eligible

**Supervised Release**: **3 Years** on Count 1, to be served concurrently with the terms of supervised release imposed on Counts 1 and 7 in 1:09-cr-00046(1).

**Conditions**:

1. Defendant shall not commit another federal state or local crime.

2. Defendant shall not illegally possess a controlled substance

3. Defendant shall not possess a firearm, ammunition, or any other dangerous weapon.

4. Defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of placement of Supervised Release and at least two periodic drug tests thereafter, as directed by the Probation Officer.

5. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

6. Defendant shall pay any unpaid monetary penalties.

7. Defendant shall participate in an evaluation and/or treatment for mental health issues.  This includes the requirement to take any medication, as directed by the treating psychiatrist, if deemed necessary.

**Monetary Penalties**:   Fine: Waived      Restitution: N/A      Special Assessment: $100.00

Interest shall not accrue on unpaid restitution balance.

Defendant remanded to to custody

Judge: **S. Arthur Spiegel**           Courtroom Deputy: Kevin Moser

Date: September 16, 2010             Court Reporter: Luke Lavin (Official)

                                     Interpreter: N/A