AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JOHN P. HEHMAN
CLERK
2015 JAN -7 AM 9:59
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| United States of America | ) | |
| v. | ) | Case No. 1:09-cr-00046 and 1:10-cr-00026 |
| DAVID KEITH BLISS | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAVID KEITH BLISS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violations of Conditions of Supervised Release (see attached petition)

Date: 04/09/2014

*Issuing officer's signature*

City and state: Cincinnati, OH

John P. Hehman, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/9/2014, and the person was arrested on *(date)* 12/18/2014
at *(city and state)* Las Vegas, Nevada.

Date: 12/19/2014

*Arresting officer's signature*

Brian Hilsinger DUSM
*Printed name and title*