UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                              Case No.   1:09cr046 & 1:10cr026

David Bliss,                          Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court on Defendant's Motions to Remove federal Judge Barrett from criminal case numbers 1:09-cr-046 & 1:10-cr-026 (Doc. 126 in Case No. 1:09-cr-046; Doc. 47 in Case No. 1:10-cr-026).

By way of background, and beginning with case number 1:09-cr-046, the defendant was indicted (Doc. 2) on April 15, 2009 in a multi-count, multi-defendant matter involving charges related to a conspiracy to commit bank fraud wherein the case was assigned to the undersigned. Upon the timely conclusion of all necessary pretrial proceedings, this Court entered its trial calendar (Doc. 34) setting a motion deadline of November 4, 2009. On November 13, 2009, Counsel for the defendant filed a Motion for Bond (Doc. 35). Upon the filing of the Government's Opposition (Doc. 37), a hearing was set on November 16, 2009 for the purpose of addressing the aforementioned motion. At the time of the hearing, the Court requested additional medical documentation in order to determine if bond would be feasible and continued the matter. On or about December 1, 2009, the Court was in receipt of the requested records and addressed the matter with all Counsel at a status conference December 18, 2009. Counsel for defendant informed

the Court that he would be withdrawing the Motion for Bond (Doc. 36).  Four days later, defense counsel filed a Motion to Withdraw as Attorney (Doc. 41), citing a conflict of interest between himself and the defendant related to an investigation being conducted by the Government and the potential that Counsel might become a witness against the defendant.  That Motion (Doc. 41) was granted, and new counsel, Scott Rubenstein, was appointed on January 8, 2010.  On February 10, 2010 after a status conference with all Counsel present, the Court entered its Order of Recusal (Doc. 46) and the matter was randomly reassigned to Senior Judge S. Arthur Spiegel.

On February 17, 2010, the defendant was again indicted in case number 1:10cr026 involving obstruction of justice charges.  Pursuant to S.D. Ohio Crim. R. 12.1(e), case number 1:10-cr-026 was assigned to Senior Judge S. Arthur Spiegel because it was determined to be related to the aforementioned case, 1:09-cr-046.  Both cases were fully adjudicated by Senior Judge Spiegel with the defendant entering into plea agreements and being sentenced thereafter.

On April 9, 2014, a Petition and Order for Warrant was issued under both case numbers 1:09-cr-046 (Doc. 95) and 1:10-cr-026 (Doc. 28) for a supervised release violation.  Subsequent to a detention hearing conducted by the Magistrate Judge on January 15, 2015, the cases were randomly reassigned to the undersigned as the Honorable S. Arthur Spiegel had passed away on December 31, 2014 (Doc. 104 in Case No. 1:09-cr-046; Doc. 36, Case No. 1:10-cr-026).

On February 23, 2014, Counsel for the defendant, Karen Savir, Assistant Federal Public Defender, filed an Unopposed Motion to Withdraw from Representation in Case No. 1:09-cr-046 (Doc. 110), citing only that her client believed there to be a conflict of

interest. No other explanation for her request was provided to the Court. That motion (Doc. 110) was granted and a member of the CJA Panel, Paul Laufman, was appointed in case number 1:09-cr-046 (Doc. 113), as well as in case number 1:10-cr-026 (Doc. 39). Sentencing related to the revocation in both cases was conducted on May 20, 2015.

Pursuant to the sentencing options available to the Court, the Sentence imposed was well below the recommendation made by the Probation Officer. This Court met briefly with Counsel for both parties before sentencing to discuss a fair and reasonable outcome which would be in the best interest of the Defendant. As a result, the Defendant was sentenced to a total of eighteen (18) months on both cases. Prior to any agreements, the Defendant was facing a recommended sentence of thirty-six (36) months. No supervised release was recommended or ordered. While the Court was not inclined to recommend a halfway house, it did recommend a Bureau of Prisons facility near Las Vegas, Nevada that would support his current health issues.

This matter is now on appeal in Case No. 1:09-cr-046 (Doc. 120) under assigned USCA # 15-3623 and is awaiting a Circuit opinion. A notice of appeal also was filed in Case No. 1:10-cr-026. (Doc. 44).

In light of the foregoing and upon review, none of the circumstances in 28 U.S.C. § 455 are present in this matter. Accordingly, the Defendant's pro se Motions to Remove federal Judge Barrett from criminal case numbers 1:09-cr-046 and 1:10-cr-026 (Doc. 126 in Case No. 1:09-cr-046; Doc. 47 in Case No. 1:10-cr-026) are **DENIED**.

**IT IS SO ORDERED.**

s/Michael R. Barrett
Michael R. Barrett
United States District Judge